UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JOHN HALEBIAN, individually and :
on behalf of all other similarly :
situated trust beneficiaries : No. 06-cv-4099 (NRB)
and derivatively on behalf of : ECF CASE
CITIFUNDS TRUST III, :
 :
              Plaintiff, :
 :
           -against- :
 :
ELLIOT J. BERV, DONALD M. CARLTON, :
A. BENTON COCANOUGHER, MARK T. :
FINN, STEPHEN RANDOLPH GROSS, :
DIANA R. HARRINGTON, SUSAN B. :
KERLEY, ALAN G. MERTEN, and :
R. RICHARDSON PETTIT, :
 :
             Defendants, :
 :
          -and- :
 :
CITIFUNDS TRUST III, :
 :
           Nominal Defendant. :
------------------------------------------------------------------x

**NOTICE OF MOTION FOR LEAVE TO TAKE DISCOVERY
AND TO AMEND THE COMPLAINT**

     PLEASE TAKE NOTICE that upon the annexed Declaration of Joel C. Feffer, the prior proceedings had herein, and the accompanying memorandum of law, plaintiff will move this Court before the Honorable Naomi Reice Buchwald, at a time to be determined by the Court, for an order (1) pursuant to Fed. R. Civ. P. 56, allowing plaintiff to conduct discovery as outlined in the Declaration of Joel C. Feffer, (2) pursuant to Fed. R. Civ. P. 15(a), allowing plaintiff to file his proposed First Amended Complaint, a form of which is annexed to the Declaration of Joel C. Feffer, as Exhibit A, and (3) such other and further relief as the Court deems appropriate.

Dated:   September 16, 2011

                                Respectfully submitted,

                                Harwood Feffer LLP

                  By:     s/Joel C. Feffer_____
                                Joel C. Feffer
                                Daniella Quitt
                                James G. Flynn
                                488 Madison Avenue, 8th Floor
                                New York, New York 10022
                                Telephone:   (212) 935-7400
                                Facsimile:    (212) 753-3630

                                Attorneys for Plaintiff