UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN HALEBIAN,

        Plaintiff,

- against -

ELLIOT J. BERV, et al.,

        Defendants,

- and -

CITIFUNDS TRUST III,

        Nominal Defendant.

Case No. 06-cv-4099 (NRB)
ECF Case



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/11

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSE

It is hereby stipulated by and between the Parties, through their respective counsel, that:

WHEREAS, plaintiff John Halebian ("Plaintiff") filed a Motion for Leave to Take Discovery and to Amend the Complaint (the "Motion") on September 16, 2011 (Docket No. 37);

WHEREAS, defendants Elliot J. Berv, Donald M. Carlton, A. Benton Cocanougher, Mark T. Finn, Stephen R. Gross, Diana R. Harrington, Susan B. Kerley, Alan G. Merten and R. Richardson Pettit and nominal defendant Citifunds Trust III's (collectively, "Defendants") response to Plaintiff's Motion is currently due on or before October 20, 2011;

WHEREAS, the Parties have agreed that Defendants shall have until up to and including October 27, 2011 to respond to the Motion;

WHEREAS, Defendants have not previously requested an extension of time to respond to Plaintiff's Motion;

IT IS HEREBY STIPULATED AND AGREED THAT:

Subject to the approval of the Court, Defendants' response to Plaintiff's Motion for Leave to Take Discovery and to Amend the Complaint shall be due on or before October 27, 2011.

Dated: October 14, 2011

Respectfully submitted,

Joel C. Feffer, Esq.
Daniella Quitt, Esq.
James G. Flynn, Esq.
HARWOOD FEFFER LLP
488 Madison Avenue, 8th Floor
New York, New York 10022
Tel.: 212.935.7400
Fax: 212.753.3630
E-Mail: jcfeffer@hfesq.com
E-Mail: dquitt@hfesq.com
E-Mail: jflynn@hfesq.com

*Attorneys for Plaintiff John Halebian*

James S. Dittmar (pro hac vice)
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231
E-Mail: jdittmar@goodwinprocter.com

Michael K. Isenman (pro hac vice)
Matthew M. Hoffman
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001
Tel.: 202.346.4000
Fax: 202.346.4444
E-Mail: misenman@goodwinprocter.com
E-Mail: mhoffman@goodwinprocter.com

Jeffrey A. Simes
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel.: 212.813.8800
Fax: 212.355.3333
E-Mail: jsimes@goodwinprocter.com

*Attorneys for Defendants Elliot J. Berv, Donald M. Carlton, A. Benton Cocanougher, Mark T. Finn, Stephen R. Gross, Diana R. Harrington, Susan B. Kerley, Alan G. Merten, R. Richardson Pettit and nominal defendants Citifunds Trust III*

SO ORDERED, this 19th day of October, 2011

_____
United States District Judge