UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JOHN HALEBIAN, individually and :
on behalf of all other similarly :
situated trust beneficiaries : No. 06-cv-4099 (NRB)
and derivatively on behalf of : ECF CASE
CITIFUNDS TRUST III, :
 :
              Plaintiff, :
 : <u>NOTICE OF APPEAL</u>
       -against- :
 :
ELLIOT J. BERV, DONALD M. CARLTON, :
A. BENTON COCANOUGHER, MARK T. :
FINN, STEPHEN RANDOLPH GROSS, :
DIANA R. HARRINGTON, SUSAN B. :
KERLEY, ALAN G. MERTEN, and :
R. RICHARDSON PETTIT, :
 :
             Defendants, :
 :
       -and- :
 :
CITIFUNDS TRUST III, :
 :
           Nominal Defendant. :
------------------------------------------------------------------x

      PLEASE TAKE NOTICE that plaintiff John Halebian hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment, filed and entered on July 26, 2012, which denied plaintiff's motion to amend and motion for discovery; and dismissed plaintiff's action, and the underlying Memorandum and Order of the Honorable Naomi Reice Buchwald, filed on July 23, 2012, which denied plaintiff's motion to amend and motion for discovery; and granted defendants' motion for summary judgment.

Dated: August 17, 2012                           Harwood Feffer LLP

                                    By:   _____
                                          Joel C. Feffer
                                          Daniella Quitt
                                          488 Madison Avenue, 8th Floor
                                          New York, NY  10022
                                          (212) 935-7400

                                          Attorneys for Plaintiff

To:

James A. Simes, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, New York 10022

Michael K. Isenman, Esq.
Matthew M. Hoffman, Esq.
Goodwin Procter LLP
901 New York Ave., N.W.
Washington, DC 20001

James S. Dittmar, Esq.
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109

Laura Steinberg, Esq.
Joshua L. Solomon, Esq.
Sullivan & Worcester, LLP
One Post Office Square
Boston, Massachusetts 02109

Counsel for Defendants